# Court of Appeals
# of the State of Georgia

ATLANTA, December 03, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1820. CARROLL v. RENASANT BANK.**

The above-styled case was docketed with this court on May 9, 2013. Appellant failed to file a brief and enumeration of errors within twenty (20) days of the docketing of the appeal as required by the Rules of this court. On October 24, 2013, this court ordered appellant to file an enumeration of errors and brief no later than November 4, 2013. As of this date, appellant has not filed a brief or enumeration of errors. Therefore, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/03/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*